IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY GRAHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOREVER YOUNG OREGON, LLC., an Oregon corporation; RONALD ZEMP; and JENNIFER ZEMP,<br><br>　　　　Defendants. | Case No. 3:13-cv-01962-HU<br><br>ORDER |

Consistent with the Court's prior Order adopting United States Magistrate Judge Dennis James Hubel's Findings and Recommendation on a substantively identical motion for default judgment against Defendant Forever Young Oregon, LLC (Dkt. 30), the Court GRANTS Plaintiff Tammy Graham's motion (Dkt. 32) for default judgment against Defendants Ronald Zemp and Jennifer Zemp, in the amount of $59,804.06, with interest from the date of judgment at the rate of 0.10% per annum.

IT IS SO ORDERED.

DATED this 4th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – ORDER